1  DENIS J. McINERNEY
   Chief
2  CHARLES LA BELLA
   Deputy Chief
3  THOMAS B.W. HALL
   Trial Attorney
4  Fraud Section, Criminal Division
   U.S. Department of Justice
5  1400 New York Avenue, NW
   Washington, DC 20530
6  (202) 616-1682

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:11-cr-338-PMP-GWF |
| v. | ) |
| | ) MOTION TO WITHDRAW ATTORNEYS |
| ANGELA ESPARZA | ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through Denis J. McInerney, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and Thomas B.W. Hall, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section and moves to withdraw attorneys Michael Bresnick and Nicole Sprinzen as attorneys of record in the above-captioned case. Mr. Bresnick and Ms. Sprinzen no longer work in the Fraud Section and are no longer involved in this matter.

/

/

/

/

DATED this 18th day of December, 2012.

Respectfully submitted,

DENIS J. McINERNEY  
Chief  
United States Department of Justice, Criminal Division, Fraud Section


/s/   Thomas B.W. Hall  
THOMAS B.W. HALL  
Trial Attorney

IT IS SO ORDERED.

_____  
PHILIP M. PRO  
UNITED STATES DISTRICT JUDGE

Dated:  December 19, 2012.